■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASANDRA BROCKINGTON, Appellant. [701 NYS2d 640] —Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered August 4, 1998, convicting her of criminal possession of a controlled substance in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., S. Miller, Krausman, Florio and Schmidt, JJ., concur.